# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 19, 2021

## NO. 03-19-00129-CV

**Appellant, John Gordon// Cross-Appellant, South Texas Youth Soccer Association, Inc.**

**v.**

**Appellee, South Texas Youth Soccer Association, Inc.// Cross-Appellee, John Gordon**

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.